# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162674(48)

MICHELLE McCARTY,
      Plaintiff-Appellant,

v

SC: 162674
COA: 350052
Calhoun CC: 2018-001365-NI

WANDA AKINS and EVEREST NATIONAL
INSURANCE COMPANY,
      Defendants-Appellees.
_____/

On order of the Chief Justice, the plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply submitted on May 18, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021


Clerk